ARTHUR ROGERS v. J. E. BANZET, JR., GUARDIAN, ET AL.

(Filed 21 September, 1932.)

**Trusts A b—In suit to impress property with resulting trust complaint alleging loan but not setting forth trust held not demurrable.**

In a suit to impress a resulting trust upon lands and to recover an amount due, a demurrer interposed on the ground that while a loan was alleged the complaint did not set forth the trust is properly overruled upon the facts admitted by the demurrer.

APPEAL by certain defendants from *Moore, Special Judge,* at January Term, 1932, of WARREN.

*Polk & Gibbs for appellants.*
*Perry & Kittrell for appellee.*

PER CURIAM. The purpose of the action is to impress a resulting trust upon certain property and to recover an amount alleged to be due the plaintiff. The appellants demurred to the complaint on the ground that it does not state facts sufficient to constitute a cause of action, since it states a loan but does not set forth a trust upon the land or its proceeds. The court overruled the demurrer.

The allegations in the complaint, which the appellants admit by filing the demurrer, precludes dismissal of the action. Judgment

Affirmed.